# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 7, 2022

## NO. 03-22-00160-CV

### Kathleen Julie Washpon McIntyre, Appellant

### v.

### Permanent General Insurance Company, Appellee

**APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
DISMISSED FOR WANT OF PROSECUTION
OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the judgment signed by the trial court on February 14, 2022. Having reviewed the record, the Court holds that Kathleen Julie Washpon McIntyre has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.